IN THE SUPREME COURT OF TEXAS

 No. 10-0044

 IN RE KEN HARVEY, JAN HARVEY AND DAVID HARVEY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed January 21, 2010, is
granted. The order dated December 18, 2009, in Cause No. 02-09-00335-CV,
styled In re Chassidie L. Russell, in the Second Court of Appeals is
stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., February 4, 2010.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this January 27, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk